**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**JEARLEAN BRADLEY-HOOTSELL,**
      **Plaintiff,**

    v.                                                                                             Case No. 11C0594

**WAUKESHA COUNTY DEPARTMENT
OF HEALTH SERVICES,**
      **Defendant.**

---

### ORDER

Pro se plaintiff Jearlean Bradley-Hootsell alleges that Waukesha County Department of Health Services refused to hire her for a social worker position and instead hired a Caucasian woman who lacked the required educational background. I previously granted plaintiff's motion to proceed in forma pauperis, but after screening the complaint I dismissed it for failure to state a claim. Rowe v. Shake, 196 F.3d 778, 781 (7th Cir.1999). Plaintiff failed to identify why defendant refused to hire her or state facts to support an inference that they discriminated against her. Plaintiff amended her complaint to cure the deficiencies I identified and now states that she is African-American and that defendant discriminated against her on the basis of her race. This is sufficient to state a claim for employment discrimination. See 42 U.S.C. §§ 1981, 1983, 2000e-2.

Therefore,

**IT IS ORDERED**, pursuant to Fed. R. Civ. P. 4(c)(3), that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, and this order upon defendants. Plaintiff is advised that Congress requires the U.S. Marshals

Service to charge for making or attempting such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8 per item. 28 C.F.R. §§ 0.114(a)(2). Although Congress requires the court to order service by the U.S. Marshals Service precisely because in forma pauperis plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

Plaintiff, however, should provide defendant or its counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated at Milwaukee, Wisconsin this 24th day of August, 2011.

s/_____
LYNN ADELMAN
District Judge