# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JEARLEAN BRADLEY-HOOTSELL,**
        Plaintiff,

    v.                                 Case No. 11-CV-00594

**WAUKESHA COUNTY DEPARTMENT**
**OF HEALTH SERVICES,**
        Defendant.

---

## ORDER

Pro se plaintiff Jearlean Bradley-Hootsell is suing defendant Waukesha County Department of Health Services for employment discrimination. On October 24, 2011, defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 56. Plaintiff has not yet responded to defendant's motion. Plaintiff is hereby notified that she has 14 days from the date of this order to file a brief in opposition to the motion to dismiss. If plaintiff fails to file a brief in opposition, the motion will be treated as unopposed.

**THEREFORE, IT IS ORDERED** that plaintiff has fourteen (14) days from the date of this order to file a brief in opposition to defendant's motion to dismiss.

Dated at Milwaukee, Wisconsin, this 20th day of December 2011.

                                        s/_____
                                        LYNN ADELMAN
                                        District Judge